# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
NOV 04 2025
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: § | Case No. 25-36599 |
| Francisco A. Salinas Hernandez, § | (Chapter 7) |
| also known as Tronz Astroboy Xalinaz, § | |
| Debtor. § | |
| § | |
| § | |

## MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Francisco A. Salinas Hernandez, also known as Tronz Astroboy Xalinaz ("Debtor"), appearing *pro se*, and respectfully files this Motion to Avoid Judicial Lien Under 11 U.S.C. § 522(f)(1)(A), and in support thereof shows as follows:

### I. Background

1. Debtor filed a voluntary petition for relief under **Chapter 7** of the Bankruptcy Code on November 03, 2025.

2. Debtor resides at **23576 Mayfly Lane, New Caney, Texas 77357** ("Property"), which is claimed as **Debtor's homestead** under **Texas Constitution, Article XVI, § 50** and **Texas Property Code §§ 41.001–41.002**.

3. An **Abstract of Judgment** was recorded in the **Official Public Records of Montgomery County, Texas** under Instrument No. 22-09-12852, in favor of **Maria Nambo, Hector Nambo** ("Creditor"). DOC #2023069219

4. This judgment created a **judicial lien** on Debtor's Property.

### II. Homestead and Exemption Claim

5. The Property has been Debtor's **principal residence** and **family homestead** since 2022.

6. Debtor has properly claimed this Property as **exempt** under **Schedule C** in this bankruptcy case, pursuant to **Texas state exemptions**.

7. Under **Texas law**, a **homestead** is **exempt from forced sale** for the payment of debts except in very limited cases not applicable here. See **Tex. Const. art. XVI, § 50; Tex. Prop. Code § 41.001**.

### III. Lien Impairs the Homestead Exemption

8. The judicial lien held by Creditor impairs Debtor's claimed exemption because it clouds title and affects Debtor's right to possess and enjoy the homestead free from creditor claims.

9. Pursuant to **11 U.S.C. § 522(f)(1)(A)**, a debtor may avoid a judicial lien to the extent that such lien **impairs an exemption** to which the debtor is entitled.

10. The lien at issue is a **judicial lien**, not a voluntary mortgage or consensual lien, and therefore falls squarely within § 522(f).

11. Based on the fair market value of the Property (approximately $589,000.00) and the outstanding mortgage balance (approximately $652,000.00), the Property is **fully encumbered** and **contains no non-exempt equity** beyond Debtor's homestead exemption.

12. Accordingly, Creditor's judicial lien **impairs Debtor's homestead exemption** in its entirety and should be **avoided in full**.

### IV. Supporting Law

13. **11 U.S.C. § 522(f)(1)(A)** authorizes a debtor to avoid the fixing of a judicial lien on an interest of the debtor in property to the extent that the lien impairs an exemption to which the debtor would otherwise be entitled.

14. Texas courts have long held that the **homestead right is liberally construed** in favor of the debtor. See *Burkhardt v. Lieberman*, 138 Tex. 409 (1942); *In re Perry*, 48 S.W.3d 397 (Tex. App.—Fort Worth 2001).

15. Because this lien impairs a validly claimed Texas homestead exemption, **the entire lien is avoidable** under federal law.

**V. Prayer**

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that this Court:

1. **Grant this Motion** and enter an order **avoiding the judicial lien** held by Maria Nambo, Hector Nambo under **11 U.S.C. § 522(f)(1)(A)**;

2. Declare the lien **void and of no effect** as to Debtor's homestead located at **23576 Mayfly Lane, New Caney, Texas 77357**;

3. Authorize Debtor to record a certified copy of the Court's Order in the **Montgomery County real property records** to reflect release of the lien; and

4. Grant such other and further relief, both at law and in equity, to which Debtor may be justly entitled.

**Respectfully submitted,**

*/s/ Francisco A. Salinas Hernandez*
Francisco A. Salinas Hernandez
aka Tronz Astroboy Xalinaz
Pro Se Debtor
23576 Mayfly Lane
New Caney, TX 77357
Phone: 832-977-3063

Email: TronzXalinaz@gmail.com

November 03, 2025

*Pro Se Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and attached Exhibits were served on Jon Maxwell Beatty at 1127 Eldridge Pkwy Suite 300 #383 Houston Tx 77077, Chapter 7 Trustee, and Maria Nambo and Hector Nambo, by U.S. Mail and/or electronic filing through the CM/ECF system on this 3rd day of November, 2025.

/s/ **Francisco A. Salinas Hernandez**
Francisco A. Salinas Hernandez
Pro Se Debtor